

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 31 A 8:[?]
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. OF CAL. S.J.

MICHAEL LEE DEARING  )
             )
      Plaintiff,     )     CASE NO. C08 01712 MMC
             )
   v.        )     PRISONER'S
MACHADO, Correctional Officer )  IN FORMA PAUPERIS
        and  )     APPLICATION
GODINEZ, Correctional Officer )
      Defendant.    )
_____)

   I, __Michael Lee Dearing__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes _____    No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

   I have been imprisoned for 10 years, without any income.
_____

rev. 11/97

1

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment    Yes \_\_\_\_\_  No  X 

    b.  Income from stocks, bonds, or royalties?    Yes \_\_\_\_\_  No  X 

    c.  Rent payments?    Yes \_\_\_\_\_  No  X 

    d.  Pensions, annuities, or life insurance payments?    Yes \_\_\_\_\_  No  X 

    e.  Federal or State welfare payments, Social Security or other government source?    Yes \_\_\_\_\_  No  X 

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?  Yes \_\_\_\_\_  No  X 

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____   Net $_____

4.  a.  List amount you contribute to your spouse's support:

$ _____

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

                                NONE

_____

_____

5.  Do you own or are you buying a home?  Yes \_\_\_\_\_  No  X 

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?  Yes \_\_\_\_\_  No  X 

Make _____  Year _____  Model _____

Is it financed? Yes \_\_\_\_\_ No \_\_\_\_\_ If so, Total due: $ _____

Monthly Payment: $ _____

rev. 11/97                              2

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No __X__

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes _____  No __X__  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes _____  No __X__

_____

8.  What are your monthly expenses?

Rent: $ _____    Utilities: _____

Food: $ _____    Clothing:  _____

Charge Accounts:   NONE

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

NONE

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

March 19, 2008
DATE

SIGNATURE OF APPLICANT
Michael Lee Deering K-99769

rev. 11/97                            3

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____MICHAEL LEE DEARING_____,
(NAME OF INMATE)

_____K-99759_____,
(INMATE'S CDC NUMBER)

has the sum of $____0¢____ on account to his/her credit at _Sierra Conservation_ Center, Jamestown Ca.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ____NONE____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $____0¢____,

and the *average monthly deposits* to the applicant's account was $____0¢____.

(Please attach a certified copy of applicant's trust account statement showing transactions for the past six months.)

_3/11/08_
DATE

_Dan Rahn_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_DAN RAHN_
OFFICER'S FULL NAME (PRINTED)

_Accounting Technician_
OFFICER'S TITLE/RANK

67 (Rev. 6/96)                            -4-                            K:\COMMON\FORMS\CIV-67.

App. 15-A -- 41

REPORT ID: TS3030 .701                                REPORT DATE: 03/10/08
                                                      PAGE NO:       1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

ACCOUNT NUMBER : K99759                  BED/CELL NUMBER:
ACCOUNT NAME   : DEARING, MICHAEL        ACCOUNT TYPE: T
PRIVILEGE GROUP:

<< ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          TRUST ACCOUNT SUMMARY

| BEGINNING | TOTAL    | TOTAL       | CURRENT  | HOLDS    | TRANSACTIONS   |
| BALANCE   | DEPOSITS | WITHDRAWALS | BALANCE  | BALANCE  | TO BE POSTED   |
| --------- | -------- | ----------- | -------- | -------- | -------------- |
| 0.00      | 0.00     | 0.00        | 0.00     | 0.00     | 0.00           |



CURRENT AVAILABLE BALANCE     0.00



```
REPORT ID: TS3030 .701                                          REPORT DATE: 03/11/08
                                                                PAGE NO:         1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

ACCOUNT NUMBER : K99759                    BED/CELL NUMBER: 5T1 000000001431
ACCOUNT NAME   : DEARING, MICHAEL          ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                           CURRENT HOLDS IN EFFECT

 DATE       HOLD
 PLACED     CODE    DESCRIPTION            COMMENT          HOLD AMOUNT
 ------     ----    -----------            -------          -----------
 02/19/2008  H114   COPAY FEE, MED.        2375 2/15               5.00
 02/27/2008  H109   LEGAL POSTAGE HOLD     2488 2/20               0.41
 02/27/2008  H109   LEGAL POSTAGE HOLD     2488 2/20               0.41
 02/27/2008  H109   LEGAL POSTAGE HOLD     2488 2/20               0.41
 02/27/2008  H109   LEGAL POSTAGE HOLD     2488 2/20               0.41

                          TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL        TOTAL          CURRENT     HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS     WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
 ---------    --------     -----------    -------     -------     ------------
    0.00        0.00          0.00          0.00        6.64          0.00

                                          CURRENT
                                          AVAILABLE
                                          BALANCE
                                          ---------
                                             6.64-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/11/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE  SCC