MICHAEL DEARING K-99750
SIERRA CONSERVATION CENTER
TUOLUMNE YARD
5150 O'BYRNES FERRY ROAD
JAMESTOWN, CA. 95327

FILED 08
08 JUL -7 PM 4:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

RECEIVED
JUL -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUBJECT: NO: C08 01712 MMC

DEAR CLERK OF THE COURT

ON APRIL 2, 2008 I RECEIVED COPIES OF THE ABOVE NOTED COMPLAINT, BACK FROM THE SAN JOSE DISTRICT COURT, SHOWING A FILE DATE OF 08 MAR 31. THEN THE NEXT DAY, I RECEIVED LEGAL MAIL AT THIS FACILITY, WHICH WAS FROM THE SAN FRANCISCO COURT, WOULD YOU PLEASE ADVISE THIS PLAINTIFF, WHERE (WHICH COURT) IN THE FUTURE, I SHOULD MAIL ANY ADDITIONAL CORRESPONDENCE TO, SAN JOSE OR SAN FRANCISCO.

WOULD YOU PLEASE ALSO SEND ME A COPY OF THE WHOLE DOCKET, FOR THIS CASE AS OF THIS DATE. ENCLOSE IS A COPY OF THE FACE OF COMPLAINT, PLEASE ADVISE IF, MMC IS THE JUDGE, AND WHAT THAT JUDGES FULL NAME IS, AND IF APR, IS THE MAGISTRATE JUDGE, AND THAT JUDGES FULL NAME.

ENC: SASE

RESPECTFULLY
Michael Dearing

Michael Dearing K-99759
Sierra Conservation Center
Tuolume Yard
5150 O'Byrnes Ferry Road
Jamestown, CA  95327

Pro Se

ORIGINAL
FILED

08 MAR 31  AM 8: 26

RICHA... ...EKING
U.S. ... ...COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARING,<br><br>    PLaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER MACHADO and CORRECTIONAL OFFICER GODINEZ,<br><br>In Their Individual Capacities,<br><br>    Defendants. | No.: C08 01712 MMC<br><br>COMPLAINT FOR DAMAGES:<br>DEMAND FOR JURY TRIAL<br>42 U.S.C. § 1983 |

### JURISDICTION

1.  This action is brought pursuant to 42 U.S.C. § 1983. Therefore, jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

### VENUE

1

NAME MICHAEL PEARSALL
CDC # K-49759
HOUSING FACILITY, YARD
STATE PRISON
5150 O'BYRNES FERRY ROAD
JAMESTOWN, CA 95327

SIERRA CONSERVATION CENTER
STATE PRISON



02 1A
0004351047    $ 00.42⁰
MAILED FROM ZIP CODE 95327   JUL 03 2008
PITNEY BOWES

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

94102+3661 C004