IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARING,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER MACHADO, CORRECTIONAL OFFICER GODINEZ,<br><br>    Defendants.<br>_____ | No. C 08-1712 MMC (PR)<br><br>**ORDER ADDRESSING PENDING MOTIONS; DISMISSING DEFENDANT MACHADO UNDER RULE 4(m); SETTING BRIEFING SCHEDULE**<br><br>**(Docket Nos. 22, 23 & 24)** |

On March 31, 2008, plaintiff, a California prisoner incarcerated at the Sierra Conservation Center in Jamestown, California, and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983 against defendants Machado and Godinez, both correctional officers at Salinas Valley State Prison ("SVSP"). On September 26, 2008, the Court found the complaint stated a cognizable claim against said defendants for the violation of plaintiff's right, under the Eighth Amendment, to be free from the use of excessive force. The Court directed the United States Marshal to serve the defendants at SVSP, where plaintiff indicated they were located. The Marshal successfully served Godinez, on behalf of whom the State Attorney General's Office has filed a motion for summary judgment.

With respect to Machado, however, the Marshal returned the summons unexecuted, for the reason that Machado no longer is employed at SVSP and an attempt to serve him with the summons and complaint at his last known address was unsuccessful. By order dated

January 5, 2009, the Court directed plaintiff, within thirty days, either to serve Machado with the summons and complaint, or provide the Court with an accurate current location such that the Marshal is able to serve Machado.  Plaintiff was informed that his failure to do so would result in the dismissal without prejudice of plaintiff's claim against Machado, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Thereafter, plaintiff filed the following: (1) a motion, filed February 4, 2009, for an extension of time to perfect service on Machado; (2) a motion, filed March 4, 2009, asserting plaintiff has done everything he can but is unable to locate Machado, and asking the Court to find service has been perfected on the ground Machado is evading service; and (3) a motion, also filed March 4, 2009, asserting plaintiff has learned Machado was terminated from his employment with the California Department of Corrections, and seeking leave to file an amended complaint to again add Machado as a defendant should plaintiff discover Machado's address.  Additionally, plaintiff seeks leave to serve discovery on defendant Godinez to obtain Machado's address, and also to prepare for filing opposition to Godinez's motion for summary judgment.

Based on the foregoing, and good cause appearing, the Court orders as follows:

1. Plaintiff's motions for an extension of time to perfect service on Machado and for an order finding Machado has been served are hereby DENIED.

2. As plaintiff has failed to serve Machado in a timely manner, Machado is hereby DISMISSED without prejudice as a defendant from this action pursuant to Rule 4(m). Plaintiff's motion for leave to file an amended complaint to add Machado as a defendant should plaintiff discover Machado's address is hereby GRANTED.

3. Plaintiff's motion for leave to serve discovery on Godinez to obtain Machado's current address and to prepare for filing opposition to Godinez's motion for summary judgment is hereby GRANTED.  <u>Should Godinez or his counsel be in possession of Godinez's current address, the address shall be submitted to the Court under seal</u>.

4. Plaintiff's opposition to Godinez's motion for summary judgment shall be filed no later than **June 1, 2009**.  Godinez <u>shall</u> file a reply within **fourteen days** of the date the

2

opposition is filed.

This order terminates Docket Nos. 22, 23 and 24.

IT IS SO ORDERED.

DATED: April 17, 2009

_____
MAXINE M. CHESNEY
United States District Judge