E-filing

1  EDMUND G. BROWN JR.
   Attorney General of California
2  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
3  LILY A. RIVO
   Deputy Attorney General
4  State Bar No. 242688
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5507
6   Fax:  (415) 703-5843
    E-mail: Lily.Rivo@doj.ca.gov
7  *Attorneys for Defendant M. Godinez*

FILED

JUL X 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DEARING,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONAL OFFICER MACHADO AND OFFICER GODINEZ,<br><br>　　　　　　　　　　Defendants. | C 08-1712 MMC (PR)<br><br>STIPULATION STAYING DISCOVERY PENDING DISPOSITION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ASSERTING QUALIFIED IMMUNITY; [~~PROPOSED~~] ORDER |

TO THE HONORABLE MAXINE M. CHESNEY:

Under Local Rule 7-12, the parties to this action stipulate to stay discovery in this matter until the Court rules on Defendant's motion for summary judgment, which has been fully briefed

///
///
///
///
///

1

and is under submission. This stay includes the outstanding responses to Plaintiff's first set of interrogatories and first set of requests for production of documents, addressed to Defendant Godinez.

IT IS SO STIPULATED.

Dated: JUNE 9, 2009     For Plaintiff Michael Dearing:

*/s/ Michael Dearing*
Michael Dearing

Dated: 6/5/09     For Defendant Godinez:

*/s/ Lily Rivo*
Lily Rivo, Deputy Attorney General

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: JUL X 2 2009

*/s/ Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

# CERTIFICATE OF SERVICE

Case Name: __M. Dearing v. Machado, et al.__     No. __C 08-1712 MMC__

I hereby certify that on June 24, 2009, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**STIPULATION STAYING DISCOVERY PENDING DISPOSITION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ASSERTING QUALIFIED IMMUNITY; [PROPOSED] ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 24, 2009, I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participant:

Michael Dearing
**K-99759**
Sierra Conservation Center
5100 O'Byrnes Ferry Road
Jamestown, CA 95327
   *Pro Se*
   *K-99759*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 24, 2009, at San Francisco, California.

|  S. Redd  |  /s/ S. Redd  |
|-----------|---------------|
| Declarant | Signature     |

40348609.doc

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARING,<br><br>  Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER MACHADO, ET AL. et al,<br><br>  Defendant. | Case Number: CV08-01712 MMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Dearing
K-99759
Sierra Conservation Center Tuolume Yard
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: July 2, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk