IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL DEARING,**<br><br>                                   Plaintiff,<br><br>v.<br><br>**CORRECTIONAL OFFICER MACHADO AND OFFICER GODINEZ,**<br><br>                                   Defendants. | Case No. C 08-1712 MMC<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF MICHAEL DEARING, CDCR No. K-99759** |

   Plaintiff, MICHAEL DEARING, CDCR No. K-99759, a necessary and material witness in proceedings in this case beginning on **July 8, 2010, at 1:00 p.m.**, is confined at the Sierra Conservation Center, Jamestown, California, in the custody of the Warden.  In order to secure this inmate's attendance at the settlement conference scheduled for **July 8, 2010** at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of MICHAEL DEARING, CDCR No. K-99759, to produce him at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on **July 8, 2010 at 1:00 p.m.**

/ / /

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of Sierra Conservation Center and the California Department of Corrections and Rehabilitation to produce inmate MICHAEL DEARING, CDCR No. K-99759, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Sierra Conservation Center.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   The Warden of Sierra Conservation Center,

YOU ARE COMMANDED to produce inmate MICHAEL DEARING, CDCR No. K-99759, for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Sierra Conservation Center.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: 6/4/10

_____
NANDOR J. VADAS, UNITED STATES
MAGISTRATE JUDGE



Order & Writ of Habeas Corpus Ad Testificandum Inmate Dearing (C 08-1712 MMC)