United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARING,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER MACHADO, CORRECTIONAL OFFICER GODINEZ,<br><br>    Defendants.<br>_____ | No. C 08-1712 MMC (PR)<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT; DENYING PENDING MOTIONS WITHOUT PREJUDICE; STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL; DIRECTIONS TO CLERK**<br><br>**(Docket Nos. 45, 46 & 47)** |

    On March 31, 2008, plaintiff, a California prisoner incarcerated at the Sierra Conservation Center in Jamestown, California, and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983, alleging the use of excessive force, in violation of the Eighth Amendment, by correctional officers at Salinas Valley State Prison ("SVSP"). Thereafter, the Court denied the motion for summary judgment filed by defendant Correctional Officer Godinez, the only defendant successfully served herein. The case was referred to Magistrate Judge Vadas to conduct settlement proceedings; on July 22, 2010, Magistrate Judge Vadas notified the Court that the case had not settled.

    Good cause appearing, plaintiff is hereby REFERRED to the Federal Pro Bono Project for the purpose of locating an attorney to represent plaintiff in this matter.

    The Clerk of the court shall forward to the Federal Pro Bono Project: (1) a copy of this order, (2) a memorandum outlining the facts and procedural posture of the action, and (3) a

copy of the court file.

Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the Court.

In view of the above, plaintiff's pending motions for sanctions and to compel discovery are hereby DENIED without prejudice to such motions being renewed after an attorney is appointed to represent plaintiff in the instant action. Additionally, all proceedings in this action are hereby STAYED until four weeks from the date an attorney is appointed.

This order terminates Docket Nos. 45, 46 and 47.

IT IS SO ORDERED.

DATED: August 3, 2010

_____
MAXINE M. CHESNEY
United States District Judge