IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARING,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER MACHADO, CORRECTIONAL OFFICER GODINEZ,<br><br>    Defendants.<br>_____ | No. C 08-1712 MMC (PR)<br><br>**ORDER APPOINTING COUNSEL AND SCHEDULING CASE MANAGEMENT CONFERENCE** |

    Plaintiff Michael Dearing has requested and is in need of counsel to assist him in the above-titled case, and a volunteer attorney is willing to be appointed to undertake his representation at the request of the Federal Pro Bono Project.

    Accordingly, Charles G. Miller and Brian P. Villarreal of Bartko, Zankel, Tarrant & Miller are HEREBY APPOINTED as counsel for plaintiff in this matter.

    Pursuant to the Court's August 3, 2010 order, the stay of proceedings will be lifted as of November 15, 2010.

    A Case Management Conference is HEREBY SET for December 17, 2010, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than December 10, 2010.

    IT IS SO ORDERED.

DATED: October 13, 2010

_____
MAXINE M. CHESNEY
United States District Judge