IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARING,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER MACHADO, et al.,<br><br>    Defendants.<br>_____/ | No. C-08-1712 MMC<br><br>**ORDER GRANTING DEFENDANT GODINEZ'S ADMINISTRATIVE MOTION; VACATING ORDER DISMISSING DEFENDANT MACHADO; DIRECTIONS TO PARTIES** |

      Before the Court is defendant M. Godinez's ("Godinez") "Administrative Motion to E-File Officer Machado's Address Under Seal," filed January 27, 2011. Plaintiff Michael Dearing ("Dearing") has filed a Response thereto. Having read and considered the parties' respective submissions, the Court hereby rules as follows:

      1. The administrative motion is hereby GRANTED, and Godinez is DIRECTED to file under seal, no later than five court days from the date of this order, the last known address of former defendant Oscar Machado ("Machado"). See General Order No. 62 ("If a motion to file under seal is granted in part or full, the requesting party will e-file the document under seal according to the procedures outlined in the FAQs on the ECF website.").

      2. Dearing having requested an opportunity to serve Machado, the Court's order of

April 17, 2009 dismissing Dearing's claims against Machado is hereby VACATED. The April 1, 2011 deadline to serve, set forth in the Pretrial Preparation Order, remains as set.

3. No later than ten court days from the date of this order, counsel for the parties are DIRECTED to (a) meet and confer as to the language of a proposed protective order restricting access to the address, which order shall include a provision that any proof of service of the summons and complaint on Godinez shall be filed under seal, and (b) submit for court approval the proposed protective order.

4. Upon the Court's approval of a protective order, Godinez is DIRECTED to serve counsel for Dearing with Machado's address.

**IT IS SO ORDERED.**

Dated:  February 8, 2011

MAXINE M. CHESNEY
United States District Judge