IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEARING,

    Plaintiff,

  v.

CORRECTIONAL OFFICER MACHADO, et al.,

    Defendants.

No. C 08-1712 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

    Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Compel Production of Documents," filed February 10, 2011, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    The March 18, 2011 hearing before the undersigned is VACATED.

    **IT IS SO ORDERED**.

Dated: February 11, 2011

                                    MAXINE M. CHESNEY
                                    United States District Judge