UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DEARING, | ) | |
| Plaintiff(s), | ) | No. C 08-1712 MMC (BZ) |
| v. | ) | **SECOND DISCOVERY ORDER** |
| CORRECTIONAL OFFICER MACHADO, et al., | ) | |
| Defendant(s). | ) | |

   The plaintiff's motion to compel having been referred to me, **IT IS ORDERED** that any opposition to the motion shall be filed and served by **March 2, 2011**. Any reply shall be filed and served by **March 9, 2011**. The Court will schedule a hearing if one is necessary.

   Plaintiff shall serve a copy of this Order on non-parties California Department of Corrections and Salinas Valley State Prison.

Dated: February 16, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\DEARING V. MACHADO\DISC 2 ORD.wpd

1