**United States District Court**
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5
6   MICHAEL DEARING,                    No. C 08-01712 MMC (JCS)
7           Plaintiff(s),          **ORDER RE TELEPHONIC**
                                    **APPEARANCE OF INMATE AT**
8       v.                          **SETTLEMENT CONFERENCE**
9   CORRECTIONAL OFFICER MACHADO,
    ET AL.,
10
11          Defendant(s).
    _____/
12
13  TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:
14          The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.
15          A Settlement Conference has been scheduled for **April 6, 2011, at 9:30 a.m.,** in
16  Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.
17          Plaintiff, Michael Dearing, CDCR No. K-99759, is currently incarcerated at the Sierra
18  Conservation Center, Jamestown, California.  In order for the above-referenced conference to take
19  place, the Court, Charles G. Miller, and Brian Villareal, counsel for Plaintiff, must be able to confer
20  with Plaintiff on April 6, 2011, beginning at 9:30 a.m., and continuing for the duration of the
21  Settlement Conference.  **The Court therefore ORDERS that Michael Dearing be made available**
22  **by telephone for the Settlement Conference beginning at 9:30 a.m., and continuing for the**
23  **duration of the conference.**
24          IT IS SO ORDERED.
25  Dated: March 9, 2011
26                                        _____
27                                        JOSEPH C. SPERO
                                          United States Magistrate Judge
28