1  Charles G. Miller, State Bar No. 39272
   Brian P. Villarreal, State Bar No. 234690
2  BARTKO, ZANKEL, TARRANT & MILLER
   A Professional Corporation
3  900 Front Street, Suite 300
   San Francisco, California 94111
4  Telephone:    (415) 956-1900
   Facsimile:    (415) 956-1152
5
   Attorneys for Plaintiff
6  MICHAEL DEARING

7  Edmund G. Brown, Jr., State Bar No. 37100
   Attorney General of California
8  Michael W. Jorgenson, State Bar No. 201145
   Supervising Deputy Attorney General
9  Christopher M. Young, State Bar No. 238532
   Deputy Attorney General
10 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
11 Telephone:    (415) 703-5553
   Facsimile:    (415) 703-5843
12
   Attorneys for Defendant
13 CORRECTIONAL OFFICER M. GODINEZ

14               UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17 MICHAEL DEARING,                    )   No. C-08-01712 MMC (PR)
                                       )
18          Plaintiff,                 )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER RE: EXTENDING TIME**
19      v.                             )   **FOR SERVICE OF DEFENDANT**
                                       )   **MACHADO AND EXTENDING**
20 CORRECTIONAL OFFICER MACHADO,       )   **DATE OF SETTLEMENT**
   CORRECTIONAL OFFICER GODINEZ,       )   **CONFERENCE**; DIRECTIONS TO
21                                     )   PARTIES
                                       )
22          Defendants.                )
   _____ )

23

24

25

26

27

28
                                        -1-

1    WHEREAS, by the December 17, 2010 Pretrial Preparation Order (Docket 55), the Court set a deadline for plaintiff Michael Dearing ("Dearing" or "plaintiff") to serve defendant Correctional Officer Machado ("Machado") by April 1, 2011; and

WHEREAS, pursuant to Court order, on February 14, 2011, defendant Correctional Officer Godinez ("Godinez") provided Machado's last-known address to counsel for plaintiff; and

WHEREAS, on February 17, 2011, plaintiff's counsel provided Machado's last-known address to a private investigator to locate and serve Machado with the Summons and Complaint; and

WHEREAS, on March 22, 2011, the Court granted in part plaintiff's request for prior authorization to incur expenses for plaintiff's private investigator to locate and serve Machado; and

WHEREAS, on March 23, 2011, plaintiff's private investigator visited and interviewed individuals at three addresses generated from Machado's last known address; and

WHEREAS, the current residents at those three addresses did not know of Machado's current whereabouts; and

WHEREAS, plaintiff's private investigator requires additional time beyond April 1, 2011 to locate and serve Machado with the Summons and Complaint; and

WHEREAS, an extension of the deadline for plaintiff to serve Machado to April 15, 2011 would not require a modification of the schedule for the case; and

WHEREAS, the parties agree that the Settlement Conference currently set for April 6, 2011 would be more effective after a resolution of the Machado service issue;

NOW, THEREFORE, plaintiff and defendant, through their respective counsel of record, hereby stipulate and jointly request that the Court enter an Order as follows:

1.   That the deadline for plaintiff to serve Machado be extended to April 15, 2011; and

2. That the April 6, 2011 Settlement Conference date be vacated and set on a date in May 2011, or as soon after April 15, 2011 as is convenient to the Settlement Conference judge.

DATED: March 31, 2011

                    BARTKO, ZANKEL, TARRANT & MILLER
                    A Professional Corporation

                    By _____
                            Brian P. Villarreal
                            Attorneys for Plaintiff
                            MICHAEL DEARING

The concurrence in the filing of this document has been obtained from Christopher M. Young.

DATED: March 31, 2011

                    ATTORNEY GENERAL OF CALIFORNIA

                    By _____/s/_____
                            Christopher M. Young
                            Attorneys for Defendant
                            CORRECTIONAL OFFICER M. GODINEZ

Pursuant to Stipulation, IT IS SO ORDERED, and the parties are DIRECTED to contact Magistrate Judge Joseph C. Spero's chambers to determine an available date to which the Settlement Conference may be continued.

DATED: __April 1_____, 2011

_____
UNITED STATES DISTRICT JUDGE

-3-