United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEARING,

        Plaintiff(s),

  v.

CORRECTIONAL OFFICER MACHADO, ET AL.,

        Defendant(s).
_____/

No. C 08-01712 MMC (JCS)

**ORDER RE TELEPHONIC APPEARANCE OF INMATE AT SETTLEMENT CONFERENCE**

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

A Settlement Conference has been scheduled for **May 4, 2011, at 9:30 a.m.,** in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff, Michael Dearing, CDCR No. K-99759, is currently incarcerated at the Sierra Conservation Center, Jamestown, California. In order for the above-referenced conference to take place, the Court, Charles G. Miller, and Brian Villareal, counsel for Plaintiff, must be able to confer with Plaintiff on May 4, 2011, beginning at 9:30 a.m., and continuing for the duration of the Settlement Conference. **The Court therefore ORDERS that Michael Dearing be made available by telephone for the Settlement Conference beginning at 9:30 a.m., and continuing for the duration of the conference.**

IT IS SO ORDERED.

Dated: April 7, 2011

                                                                     JOSEPH C. SPERO
United States Magistrate Judge