1  Charles G. Miller, State Bar No. 39272
   Brian P. Villarreal, State Bar No. 234690
2  BARTKO, ZANKEL, TARRANT & MILLER
   A Professional Corporation
3  900 Front Street, Suite 300
   San Francisco, California 94111
4  Telephone:    (415) 956-1900
   Facsimile:    (415) 956-1152
5
   Attorneys for Plaintiff
6  MICHAEL DEARING

7  Kamala D. Harris, State Bar No. 146672
   Attorney General of California
8  Michael W. Jorgenson, State Bar No. 201145
   Supervising Deputy Attorney General
9  Christopher M. Young, State Bar No. 238532
   Deputy Attorney General
10 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
11 Telephone:    (415) 703-5553
   Facsimile:    (415) 703-5843
12
   Attorneys for Defendant
13 CORRECTIONAL OFFICER M. GODINEZ

14 Susan E. Coleman, State Bar No. 171832
   Burke, Williams & Sorenson, LLP
15 444 South Flower Street, Suite 2400
   Los Angeles, CA 90071
16 Telephone:    (213) 236-0600
   Facsimile:    (213) 236-2700
17
   Attorneys for Defendant
18 CORRECTIONAL OFFICER O. MACHADO

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21

22 MICHAEL DEARING,                       )   No. C-08-01712 MMC (PR)
                                          )
23         Plaintiff,                     )   **STIPULATION AND** [PROPOSED]
                                          )   **ORDER RE: EXTENDING TIME**
24    v.                                  )   **FOR DISCOVERY DEADLINES AND**
                                          )   **SETTLEMENT CONFERENCE**
25 CORRECTIONAL OFFICER MACHADO,          )
   CORRECTIONAL OFFICER GODINEZ,          )
26                                        )
           Defendants.                    )
27 _____)

28
                                       -1-

1  WHEREAS, on April 4, 2011 plaintiff Michael Dearing ("Dearing" or "plaintiff") effected service of the Summons and Complaint on defendant Correctional Officer Machado ("Machado"); and

WHEREAS, a Settlement Conference is currently set for May 4, 2011; and

WHEREAS, Machado's counsel has requested that the Settlement Conference be moved to allow time for review of the file, depositions of the parties, and a potential recommendation for additional settlement authority; and

WHEREAS, the parties agree that the Settlement Conference currently set for May 4, 2011 would be more effective after Machado's counsel's review of the file to make recommendations for settlement authority, and depositions of the parties; and

WHEREAS, the parties agree that limited discovery may be necessary before the Settlement Conference, and hereby agree that: (1) each party be limited to noticing only party depositions prior to the date of the Settlement Conference, and (2) the parties identify and schedule any non-party depositions in advance of the Settlement Conference to the extent possible; and

WHEREAS, the parties intend to move the Settlement Conference before Judge Joseph C. Spero to July 28, 2011; and

WHEREAS, Judge Joseph C. Spero desires the Settlement Conference to occur prior to the parties incurring costs associated with designating experts; and

WHEREAS, an extension of the deadlines for discovery cutoff dates and expert designation dates would not require a modification of the schedule for the case;

NOW, THEREFORE, plaintiff and defendant, through their respective counsel of record, hereby stipulate and jointly request that the Court enter an Order as follows:

1. That the Settlement Conference scheduled for May 4, 2011 be continued to July 28, 2011; and

2. That each party be limited to noticing only party depositions prior to the July 28, 2011 Settlement Conference; and

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
Case No.: C-08-01712 MMC (PR)

3. That the parties identify and schedule any non-party depositions in advance of the July 28, 2011 Settlement Conference to the extent possible; and

4. That the <u>Non-Expert Discovery Cutoff</u> be moved to August 12, 2011; and

5. That the <u>Designation of Experts</u> be moved to August 26, 2011; and

6. That the <u>Designation of Rebuttal Experts</u> be moved to September 9, 2011; and

7. That the <u>Expert Discovery Cutoff</u> be moved to October 14, 2011.

SO STIPULATED, THAT THE SETTLEMENT CONFERENCE AND DISCOVERY DATES SHALL BE POSTPONED AS SET FORTH ABOVE.

The concurrence in the filing of this document has been obtained from Christopher M. Young and Susan E. Coleman.

DATED: April 22, 2011

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By _____
Brian P. Villarreal
Attorneys for Plaintiff
MICHAEL DEARING

DATED: April 21, 2011

BURKE, WILLIAMS & SORENSEN, LLP

By _____/s/_____
Susan E. Coleman
Attorneys for Defendant
O. MACHADO

DATED: April 21, 2011

ATTORNEY GENERAL OF CALIFORNIA

By _____/s/_____
Christopher M. Young
Attorneys for Defendant
M. GODINEZ

Pursuant to Stipulation, IT IS SO ORDERED: provided, however, that Magistrate Judge Spero can accommodate the parties on his July 28, 2011 calendar.

DATED: __April 22__, 2011

_____
MAXINE M. CHESNEY
United States District Judge

-4-