```
 1  Charles G. Miller, State Bar No. 39272
    Brian P. Villarreal, State Bar No. 234690
 2  BARTKO, ZANKEL, TARRANT & MILLER
    A Professional Corporation
 3  900 Front Street, Suite 300
    San Francisco, California  94111
 4  Telephone:   (415) 956-1900
    Facsimile:   (415) 956-1152
 5
    Attorneys for Plaintiff
 6  MICHAEL DEARING

 7  Kamala D. Harris, State Bar No. 146672
    Attorney General of California
 8  Michael W. Jorgenson, State Bar No. 201145
    Supervising Deputy Attorney General
 9  Christopher M. Young, State Bar No. 238532
    Deputy Attorney General
10  455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
11  Telephone:   (415) 703-5553
    Facsimile:   (415) 703-5843
12
    Attorneys for Defendant
13  CORRECTIONAL OFFICER M. GODINEZ

14  Susan E. Coleman, State Bar No. 171832
    Burke, Williams & Sorenson, LLP
15  444 South Flower Street, Suite 2400
    Los Angeles, CA  90071
16  Telephone:   (213) 236-0600
    Facsimile:   (213) 236-2700
17
    Attorneys for Defendant
18  CORRECTIONAL OFFICER O. MACHADO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARING,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER MACHADO,<br>CORRECTIONAL OFFICER GODINEZ,<br><br>    Defendants. | No. C-08-01712 MMC (PR)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: MOVING**<br>**SETTLEMENT CONFERENCE** |

-1-

1  WHEREAS, on April 22, 2011 the parties filed a Stipulation and [Proposed] Order
2  re: Extending Time for Discovery Deadlines and Settlement Conference (the "Discovery Deadline
3  Stipulation/Order"); and
4  WHEREAS, the Discovery Deadline Stipulation/Order moves the Non-Expert
5  Discovery Cutoff to August 12, 2011 and the Designation of Experts to August 26, 2011; and
6  WHEREAS, on  4/22/11   Judge Maxine M. Chesney entered the Discovery
7  Deadline Stipulation/Order; and
8  WHEREAS, the parties agree that the Settlement Conference currently set for May
9  4, 2011 would be more effective if set on the later available date of July 28, 2011 before Judge
10 Joseph C. Spero;
11 NOW, THEREFORE, plaintiff and defendants, through their respective counsel of
12 record, hereby stipulate and jointly request that Judge Joseph C. Spero enter an Order as follows:
13 1.  That the Settlement Conference scheduled for May 4, 2011 be continued to
14 July 28, 2011, at 9:30 a.m.
15 SO STIPULATED, THAT THE SETTLEMENT CONFERENCE BE MOVED AS
16 SET FORTH ABOVE.
17 The concurrence in the filing of this document has been obtained from Christopher
18 M. Young and Susan E. Coleman.

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
Case No.: C-08-01712 MMC (PR)

1  DATED: April 22, 2011

2
                                    BARTKO, ZANKEL, TARRANT & MILLER
3                                   A Professional Corporation

4
                                    By  /s/ Brian P. Villarreal
5                                       Brian P. Villarreal
                                        Attorneys for Plaintiff
6                                       MICHAEL DEARING

7  DATED: April 22, 2011

8                                   BURKE, WILLIAMS & SORENSEN, LLP

9

10                                  By       /s/
                                        Susan E. Coleman
11                                      Attorneys for Defendant
                                        O. MACHADO
12

13 DATED: April 22, 2011

14                                  ATTORNEY GENERAL OF CALIFORNIA

15

16                                  By       /s/
                                        Christopher M. Young
17                                      Attorneys for Defendant
                                        M. GODINEZ
18

       Pursuant to Stipulation, IT IS SO ORDERED:
19

20 DATED: __April 25__, 2011

21

22                                  _____
                                    Judge Joseph C. Spero
23                                  United States Magistrate Judge

24

25

26

27

28
                                  -3-