1  Charles G. Miller, State Bar No. 39272
   Brian P. Villarreal, State Bar No. 234690
2  BARTKO, ZANKEL, TARRANT & MILLER
   A Professional Corporation
3  900 Front Street, Suite 300
   San Francisco, California 94111
4  Telephone:   (415) 956-1900
   Facsimile:   (415) 956-1152
5
   Attorneys for Plaintiff
6  MICHAEL DEARING

7  Kamala D. Harris, State Bar No. 146672
   Attorney General of California
8  Michael W. Jorgenson, State Bar No. 201145
   Supervising Deputy Attorney General
9  Christopher M. Young, State Bar No. 238532
   Deputy Attorney General
10 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
11 Telephone:   (415) 703-5553
   Facsimile:   (415) 703-5843
12
   Attorneys for Defendant
13 CORRECTIONAL OFFICER M. GODINEZ

14 Susan E. Coleman, State Bar No. 171832
   Burke, Williams & Sorenson, LLP
15 444 South Flower Street, Suite 2400
   Los Angeles, CA 90071
16 Telephone:   (213) 236-0600
   Facsimile:   (213) 236-2700
17
   Attorneys for Defendant
18 CORRECTIONAL OFFICER O. MACHADO

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21

22 MICHAEL DEARING,                     )  No. C-08-01712 MMC (PR)
                                        )
23           Plaintiff,                 )  **STIPULATION AND [PROPOSED]**
                                        )  **ORDER RE: MOVING**
24      v.                              )  **SETTLEMENT CONFERENCE**
                                        )
25 CORRECTIONAL OFFICER MACHADO,        )
   CORRECTIONAL OFFICER GODINEZ,        )
26                                      )
           Defendants.                  )
27 _____ )

28
                          -1-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
                      Case No.: C-08-01712 MMC (PR)

1  WHEREAS, on April 22, 2011 the parties filed a Stipulation and [Proposed] Order re: Extending Time for Discovery Deadlines and Settlement Conference (the "Discovery Deadline Stipulation/Order"); and

WHEREAS, the Discovery Deadline Stipulation/Order moves the Non-Expert Discovery Cutoff to August 12, 2011 and the Designation of Experts to August 26, 2011; and

WHEREAS, on 4/22/11 Judge Maxine M. Chesney entered the Discovery Deadline Stipulation/Order; and

WHEREAS, the parties agree that the Settlement Conference currently set for May 4, 2011 would be more effective if set on the later available date of July 28, 2011 before Judge Joseph C. Spero;

NOW, THEREFORE, plaintiff and defendants, through their respective counsel of record, hereby stipulate and jointly request that Judge Joseph C. Spero enter an Order as follows:

1. That the Settlement Conference scheduled for May 4, 2011 be continued to July 28, 2011, at 9:30 a.m.

SO STIPULATED, THAT THE SETTLEMENT CONFERENCE BE MOVED AS SET FORTH ABOVE.

The concurrence in the filing of this document has been obtained from Christopher M. Young and Susan E. Coleman.

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
Case No.: C-08-01712 MMC (PR)

1  DATED: April 22, 2011

2                                          BARTKO, ZANKEL, TARRANT & MILLER
                                           A Professional Corporation
3

4
                                           By _____
5                                              Brian P. Villarreal
                                               Attorneys for Plaintiff
6                                              MICHAEL DEARING

7  DATED: April 22, 2011

8                                          BURKE, WILLIAMS & SORENSEN, LLP

9

10                                         By _____/s/_____
                                               Susan E. Coleman
11                                             Attorneys for Defendant
                                               O. MACHADO
12

13 DATED: April 22, 2011

14                                         ATTORNEY GENERAL OF CALIFORNIA

15

16                                         By _____/s/_____
                                               Christopher M. Young
17                                             Attorneys for Defendant
                                               M. GODINEZ

18
            Pursuant to Stipulation, IT IS SO ORDERED:
19

20 DATED: ____April 25_____, 2011

21

22                                         _____
                                           Judge Joseph C. Spero
23                                         United States Magistrate Judge

24

25

26

27

28
                                     -3-

                                                    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
                                                                    Case No.: C-08-01712 MMC (PR)