UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARING, | No. C 08-01712 MMC (JCS) |
| Plaintiff(s), | **ORDER RE TELEPHONIC APPEARANCE OF INMATE AT SETTLEMENT CONFERENCE** |
| v. | |
| CORRECTIONAL OFFICER MACHADO, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

A Settlement Conference has been scheduled for **July 28, 2011, at 9:30 a.m.,** in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff, Michael Dearing, CDCR No. K-99759, is currently incarcerated at the Sierra Conservation Center, Jamestown, California.  In order for the above-referenced conference to take place, the Court, Charles G. Miller, and Brian Villareal, counsel for Plaintiff, must be able to confer with Plaintiff on July 28, 2011, beginning at 9:30 a.m., and continuing for the duration of the Settlement Conference.  **The Court therefore ORDERS that Michael Dearing be made available by telephone for the Settlement Conference beginning at 9:30 a.m., and continuing for the duration of the conference.**

IT IS SO ORDERED.

Dated: April 25, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge