Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
O. MACHADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEARING,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER MACHADO and CORRECTIONAL OFFICER GODINEZ, in their individual capacities,<br><br>    Defendants. | Case No. 3:08-cv-01712-MMC<br><br>**JOINT STIPULATION TO EXCUSE PERSONAL APPEARANCE OF PARTIES AT SETTLEMENT CONFERENCE**<br><br>Settlement Conference: July 28, 2011<br>Magistrate Judge Joseph C. Spero<br>Time: 9:30 a.m. |

WHEREAS, plaintiff will be attending the settlement conference by telephone;

WHEREAS, a representative from the Department of Corrections and Rehabilitation (CDCR) will be attending the settlement conference with authority;

WHEREAS, defendants Godinez and Machado do not have personal funds to add to any proposed settlement;

///
///
///
///

THE PARTIES HEREBY STIPULATE, by and through their attorneys of record, that defendants Godinez and Machado are excused from personal attendance at the settlement conference on July 28, 2011.

Dated: July 15, 2011               Burke, Williams & Sorensen, LLP


By: /s/ Susan E. Coleman
        Susan E. Coleman

Attorneys for Defendant
O. MACHADO

Dated: July 15, 2011               Bartko, Zankel, Tarrant Miller


By: /s/ Brian Patrick Villarreal
        Brian Patrick Villarreal
        Charles G. Miller

Attorneys for Plaintiff
MICHAEL DEARING

Dated: July 15, 2011               Office of the Attorney General
                                   Department of Justice


By: /s/ Christopher Michael Young
        Christopher Michael Young

Attorneys for Defendants
CORRECTIONAL OFFICER
GODINEZ, CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION AND
SALINAS VALLEY STATE PRISON

Dated: July 19, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA