IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEARING,

      Plaintiff,

  v.

CORRECTIONAL OFFICER MACHADO, et al.,

      Defendants.
                                  /

No. C 08-1712 MMC

**ORDER OF DISMISSAL**

      The parties having advised the Court that they have agreed to a settlement of this cause, and the settlement having been placed on the record,

      IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

      **IT IS SO ORDERED.**

Dated: July 29, 2011

MAXINE M. CHESNEY
United States District Judge