IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL DEARING,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**CORRECTIONAL OFFICER MACHADO AND OFFICER GODINEZ,**<br><br>                                    Defendants. | Case No. C 08-1712 MMC<br><br>**ORDER VACATING NINETY-DAY DEADLINE IN COURT'S ORDER OF DISMISSAL; DIRECTIONS TO PARTIES** |

   GOOD CAUSE having been shown, and after consideration of Defendants' joint request, and no opposition having been filed, this Court extends to December 2, 2011 the deadline set in the prior Order of Dismissal.[1] The Court further hereby ORDERS that Plaintiff provide a payee data form, and also provide a payee data form for his sister if he still wishes that she receive the balance of the settlement payment after deduction of Plaintiff's restitution obligations.  To

---

[1] Additionally, the Court hereby MODIFIES said order to substitute for the phrase "to be set for trial" the phrase "for further proceedings as appropriate."  An Amended Order incorporating said modification and above-referenced extension is filed concurrently herewith.

1

1  effectuate compliance with the above directives, Defendants are hereby ordered to provide to
2  Plaintiff forthwith copies of said form for both Plaintiff and his sister.
3      IT IS SO ORDERED.

Dated: October 28, 2011

_____
MAXINE M. CHESNEY
United States District Judge