1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **MICHAEL DEARING,** | Case No. C 08-1712 MMC |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER GRANTING** |
| | **DEFENDANTS' JOINT REQUEST FOR** |
| **v.** | **AN EXTENSION OF TIME TO** |
| | **PROCESS SETTLEMENT PAYMENT** |
| **CORRECTIONAL OFFICER MACHADO AND OFFICER GODINEZ,** | |
| Defendants. | |

18

19       Defendants Machado and Godinez filed a joint request for an extension of time to comply

20   with the Court's December 2, 2011 deadline to deliver the settlement payment in this matter.  The

21   Court has read and considered Defendants' joint request and good cause appearing, IT IS

22   ORDERED that Defendants' request for extension of time is GRANTED.  Defendants shall

23   deliver the settlement payment to Plaintiff as outlined in the settlement agreement by February 2,

24   2012.

25

26   Dated:   December 15, 2011                        _Maxine M. Chesney_
                                                      MAXINE M. CHESNEY
27                                                    United States District Judge

28

                                                1