IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL DEARING,**<br><br>                              Plaintiff,<br><br>v.<br><br>**CORRECTIONAL OFFICER MACHADO AND OFFICER GODINEZ,**<br><br>                              Defendants. | Case No. C 08-1712 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND JOINT REQUEST FOR AN EXTENSION OF TIME TO PROCESS SETTLEMENT PAYMENT** |

Defendants Machado and Godinez filed a second joint request for an extension of time to comply with the Court's February 2, 2012 deadline to deliver the settlement payment in this matter. The Court has read and considered Defendants' second joint request and good cause appearing, IT IS ORDERED that Defendants' second request for extension of time is GRANTED. Defendants shall deliver the settlement payment to Plaintiff as outlined in the settlement agreement by April 2, 2012.

Dated:  February 8, 2012

_____
MAXINE M. CHESNEY
United States District Judge

1

[Proposed] Order Granting Defs.' 2d Joint Req. Ext. Time (C 08-1712 MMC)